**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 03-7296**

―――――――――

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

DAVID ELIJAH SMITH, a/k/a Miami Dave, a/k/a
Jerry Lee Brown, a/k/a Michael Knight, a/k/a
David Jones,

                                    Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.   Terrence W. Boyle,
Chief District Judge.  (CR-93-16)

―――――――――

Submitted:  February 19, 2004        Decided:  February 25, 2004

―――――――――

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

David Elijah Smith, Appellant Pro Se.  Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Elijah Smith appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Smith's motion for appointment of counsel and affirm on the reasoning of the district court. See United States v. Smith, No. CR-93-16 (E.D.N.C. June 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED